ORIGINAL

2006 OCT 16 PM 4: 14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR1240-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FACTUAL FINDINGS PURSUANT TO 18, U.S.C. § 3161(h)(8) |
| EDUARDO GONZALEZ, et. al., | ) | |
| Defendants. | ) | |

    At the motions setting hearing held on August 16, 2006, the Court made an oral finding that this case is unusually complex, such that it is unreasonable to expect counsel for the defendants to adequately prepare for pretrial proceedings and for trial within the time limits established by Title 18, United States Code, Section 3161. On August 22, 2006, the Court signed written factual findings in support of its complexity determination. Based upon the Court's previous factual findings and those set forth below, the Court hereby excludes the following time period under the Speedy Trial Act: from October 11, 2006, to November 29, 2006. See United States v. Ramirez-Cortez, 213 F.3d 1149, 1154 (9th Cir. 2000). Further, in support of its complexity determination, the Court hereby makes the following factual findings pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

    (1)    The above-captioned case is related to, by way of common evidence and common defendants, five other cases currently pending before this Court:

06CR1241, 06CR1242, 06CR1243, 06CR1244 and 06CR1435. In total, those cases charge thirty-six different individuals with violations of federal racketeering and drug conspiracy laws. Thirty-four of the charged defendants are presently before this Court; of the remaining two defendants, one is in custody in Mexico pending extradition to the United States and the other defendant is a fugitive.

(2) In the above-captioned case, three individuals are charged with participating in a conspiracy to distribute methamphetamine. Those three individuals are also charged in case number 06CR1243 with participating in a conspiracy to conduct enterprise affairs through a pattern of racketeering activity (RICO conspiracy). The RICO conspiracy indictment alleges the commission of thirty-four racketeering acts, including serious violations of both federal and state law. Several of the racketeering acts alleged in the indictment present novel questions of fact and law. The RICO conspiracy indictment also alleges the defendants' commission of 238 overt acts.

(3) The investigation which led to the RICO conspiracy charge and the charges in the above-noted cases involved law enforcement officers from numerous jurisdictions and the court-authorized interception of ten telephone facilities over a seven month period, which resulted in the interception of approximately 30,000 conversations.

(4) To date, the Government has produced in discovery approximately 10,600 pages of written material, 55 compact disks, 4 digital video disks, 15 video tape recordings and 5 audio cassette tapes. The compact disks contain, among other things, approximately 30,000 intercepted telephone calls. The

1 | Government has indicated that it intends to produce additional discovery
2 | materials, including approximately 30,000 pages of wiretap "line-sheets."
3 | (5) The RICO conspiracy indictment alleges illegal acts spanning a period of
4 | time from November 1986 to June 2006.

DATED: 10-16-06

HON. DANA M. SABRAW
United States District Court Judge
Southern District of California